KIRSTEN A. MILTON, ESQ.
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: kirston.milton@jacksonlewis.com

*Attorneys for Defendant*
*ARCNV, Inc. d/b/a ARCCO ENTERPRISES*

**UNITED STATES DISTICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELETTA PAIGE, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARCNV, INC. d/b/a ARCCO ENTERPRISES; REGIS CORPORATION d/b/a SMARTSTYLES HAIR SALONS and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00954-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

 IT IS HEREBY STIPULATED by and between Plaintiff, ANGELETTA PAIGE ("Plaintiff"), by and through her counsel, Rachel Mariner, Esq., of the law firm Rafii & Associates, P.C., and ARCNV, INC. d/b/a ARCCO ENTERPRISES by and through its counsel of record, the law firm Jackson Lewis P.C., hereby jointly stipulate and agree Defendant shall have an extension up to and including **Friday, August 8, 2025**, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

 1. Defendants were served with the Summons and Complaint on Wednesday June 18, 2025, (ECF No. 1) making Defendant's response to Plaintiff's Complaint currently due on July 10, 2025.

 2. Defendants were recently retained and are still in the process of investigating Plaintiff's allegations which include significant monetary damages.

3. The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's Complaint to **Friday, August 8, 2025**, to allow Defendant sufficient time to address the allegations within the Complaint.

4. The Parties have agreed to therefore extend the deadline for Plaintiff to file its response to Defendant's response, if a response is required, until **Monday September 8, 2025.**

5. The Parties have agreed to therefore extend the deadline for Defendant to file its reply, if a reply is required, until **Monday September 22, 2025.**

6. This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

7. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

8. This Stipulation is made in good faith and not for the purpose of delay.

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 9th day of July, 2025.

| | |
|---|---|
| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
| */s/ Rachel Mariner* <br> Rachel Mariner, Bar No. 16728 <br> 1120 N. Town Center Dr., Suite 130 <br> Las Vegas, Nevada 89144 <br> New York, NY 10170 <br> *Attorneys for Plaintiff* <br> *ANGELETTA PAIGE* | */s/ Kirsten Milton* <br> Kirsten A. Milton, Bar No. 14401 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant* <br> *ARCNV, Inc. d/b/a ARCCO ENTERPRISES* |

**ORDER**
IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/14/2025

2