KIRSTEN A. MILTON, ESQ.
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: kirston.milton@jacksonlewis.com

*Attorneys for Defendant*
*ARCNV, Inc. d/b/a ARCCO ENTERPRISES*

**UNITED STATES DISTICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELETTA PAIGE, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARCNV, INC. d/b/a ARCCO ENTERPRISES; REGIS CORPORATION d/b/a SMARTSTYLES HAIR SALONS and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00954-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff, ANGELETTA PAIGE ("Plaintiff"), by and through her counsel, Rachel Mariner, Esq., of the law firm Rafii & Associates, P.C., and ARCNV, INC. d/b/a ARCCO ENTERPRISES by and through its counsel of record, the law firm Jackson Lewis P.C., hereby jointly stipulate and agree Defendant shall have an extension up to and including **Monday, September 8, 2025**, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.   Defendants were initially served with the Summons and Complaint in this matter on Wednesday June 18, 2025, (ECF No. 1) making Defendant's response to Plaintiff's Complaint due on July 10, 2025.

2.   On July 9, 2025, the Parties subsequently stipulated to an extension of time, up to and including, Friday, August 8, 2025, for Defendant to respond to Plaintiff's Complaint (ECF No.

12), which was granted by this Court (ECF No. 16).

3. Based upon and so as to facilitate ongoing settlement discussions between the Parties, they have agreed to further stipulate to an additional 30-day extension for Defendant to file its response to Plaintiff's Complaint through **Monday, September 8, 2025**.

4. The Parties have agreed to therefore extend the deadline for Plaintiff to file its response to Defendant's response, if a response is required, until **Monday September 8, 2025.**

5. The Parties have agreed to therefore extend the deadline for Defendant to file its reply, if a reply is required, until **Friday, September 26, 2025.**

6. This is the second stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

7. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

8. This Stipulation is made in good faith and not for the purpose of delay.

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 7th day of August, 2025.

| | |
|---|---|
| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
| */s/ Rachel Mariner* <br> Rachel Mariner, Bar No. 16728 <br> 1120 N. Town Center Dr., Suite 130 <br> Las Vegas, Nevada 89144 | */s/ Kirsten Milton* <br> Kirsten A. Milton, Bar No. 14401 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* <br> *ANGELETTA PAIGE* | *Attorneys for Defendant* <br> *ARCNV, Inc. d/b/a ARCCO ENTERPRISES* |

**ORDER**
IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/8/2025