1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JOY SIU, Nevada Bar No. 15095
3  1584 Villa Rica Drive
   Henderson, NV 89052
4  Telephone:     415.774.3108
   E mail:        jsiu@sheppardmullin.com
5
6  PATRICIA M. JENG, Cal. Bar No. 272262
   *(Pro Hac Vice)*
7  SAMI HASAN, Cal. Bar No. 272333
   *(Pro Hac Vice)*
8  SHAYLA M. GRIFFIN, Cal. Bar No. 339821
   *(Pro Hac Vice)*
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
10 Telephone:     415.434.9100
   E mail:        pjeng@sheppardmullin.com
11                shasan@sheppardmullin.com
                  smgriffin@sheppardmullin.com
12
13
14 Attorneys for Defendant
   REGIS CORPORATION
15

16                         UNITED STATES DISTRICT COURT

17                               DISTRICT OF NEVADA

18

| | |
|---|---|
| ANGELETTA PAIGE, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARCNV, INC. d/b/a ARCCO ENTERPRISES; REGIS CORPORATION d/b/a SMARTSTYLES HAIR SALONS and DOES 1-50, inclusive,<br><br>Defendants. | Case Number<br>2:25-cv-00954- CDS-DJA<br><br>**STIPULATION TO EXTEND DEFENDANT REGIS CORPORATION'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Judge:  Hon. Cristina D. Silva<br><br>Complaint Filed: May 30, 2025 |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff Angeletta Paige ("Plaintiff") by and through her counsel of record, RAFII & ASSOCIATES, P.C., and Defendant REGIS CORPORATION d/b/a SMARTSTYLES HAIR SALONS ("Defendant" or "Regis") by and through its counsel of record, SHEPPARD, MULLIN, RICHTER & HAMPTON LLP jointly submit and stipulate that Defendant shall have an extension up to and including **October 27, 2025**, in which to file a response to Plaintiff's First Amended Complaint. This Stipulation is submitted and based on the following.

**WHEREAS,** on or about May 30, 2025, Plaintiff filed her original Complaint.

**WHEREAS,** on or about July 8, 2025, Regis timely answered Plaintiff's Complaint.

**WHEREAS**, on or about September 22, 2025, Plaintiff filed a First Amended Complaint to include additional claims against Regis;

**WHEREAS**, counsel for Regis and Plaintiff have met and conferred, and have agreed to continue to meet and confer, regarding whether Regis is an appropriately named defendant and employer of Plaintiff;

**WHEREAS**, in order to allow the Parties to continue their discussions regarding a potential dismissal of Regis, the Parties have agreed to extend the deadline for Regis to respond to Plaintiff's First Amended Complaint to October 27, 2025;

**WHEREAS**, this is the first stipulation to extend the time for Regis to respond to Plaintiff's First Amended Complaint;

**WHEREAS**, the Parties believe these circumstances constitute good cause for granting an extension.

**NOW THEREFORE IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant that Defendant Regis Corporation shall file an answer or otherwise respond to Plaintiff's First Amended Complaint by **October 27, 2025**.

Dated: September 29, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Patricia M. Jeng*
JOY SIU
PATRICIA M. JENG
*(Pro Hac Vice)*
SAMI HASAN
*(Pro Hac Vice)*
SHAYLA M. GRIFFIN
*(Pro Hac Vice)*

Attorneys for Defendant
REGIS CORPORATION

Dated: September 29, 2025

By   */s/ Rachel Mariner*
Rachel Mariner
Attorneys for Plaintiff
ANGELETTA PAIGE

**ORDER**

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 28).

DATED: 10/1/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE