1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  |   A Limited Liability Partnership
2 |   Including Professional Corporations
3 | JOY SIU, Nevada Bar No. 15095
  | 1584 Villa Rica Drive
4 | Henderson, NV 89052
  | Telephone:    415.774.3108
5 | E mail:       jsiu@sheppardmullin.com

6 | PATRICIA M. JENG, Cal. Bar No. 272262
7 | (Pro Hac Vice)
  | SAMI HASAN, Cal. Bar No. 272333
8 | (Pro Hac Vice)
  | SHAYLA M. GRIFFIN, Cal. Bar No. 339821
9 | (Pro Hac Vice)
  | Four Embarcadero Center, 17th Floor
10 | San Francisco, California 94111-4109
   | Telephone:    415.434.9100
11 | E mail:       pjeng@sheppardmullin.com
12 |               shasan@sheppardmullin.com
   |               smgriffin@sheppardmullin.com
13 |
14 | Attorneys for Defendant
   | REGIS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELETTA PAIGE, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARCNV, INC. d/b/a ARCCO ENTERPRISES; REGIS CORPORATION d/b/a SMARTSTYLES HAIR SALONS and DOES 1-50, inclusive,<br><br>Defendants. | Case Number<br>2:25-cv-00954- CDS-DJA<br><br>**JOINT MOTION FOR ORDER TO EXTEND DEFENDANT REGIS CORPORATION'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT and [PROPOSED] ORDER**<br><br>**(SECOND REQUEST)**<br><br>Judge: Hon. Cristina D. Silva<br><br>Complaint Filed: May 30, 2025 |

-1-    Case No 2:25-cv-00954- CDS-DJA

SMRH:4905-7435-3268.1    JOINT MOTION FOR ORDER TO EXTEND REGIS CORPORATION'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7-1(c), Plaintiff Angeletta Paige ("Plaintiff") by and through her counsel of record, RAFII & ASSOCIATES, P.C., and Defendant REGIS CORPORATION d/b/a SMARTSTYLES HAIR SALONS ("Defendant" or "Regis") by and through its counsel of record, SHEPPARD, MULLIN, RICHTER & HAMPTON LLP jointly move this Court for an Order that Defendant shall have an extension up to and including **November 10, 2025**, in which to file a response to Plaintiff's First Amended Complaint. This Joint Motion is submitted and based on the following.

**WHEREAS,** on or about May 30, 2025, Plaintiff filed her original Complaint.

**WHEREAS,** on or about July 8, 2025, Regis timely answered Plaintiff's Complaint.

**WHEREAS**, on or about September 22, 2025, Plaintiff filed a First Amended Complaint to include additional claims against Regis;

**WHEREAS**, counsel for Regis and Plaintiff have met and conferred, and have agreed to continue to meet and confer, regarding whether Regis is an appropriately named defendant and employer of Plaintiff;

**WHEREAS**, counsel for Regis and Plaintiff have continued to have discussions regarding whether Regis is an appropriately named defendant and employer of Plaintiff;

**WHEREAS**, in order to allow the Parties to continue their discussions regarding a potential dismissal of Regis, the Parties have agreed to extend the deadline for Regis to respond to Plaintiff's First Amended Complaint to November 10, 2025;

**WHEREAS**, this is the second request by the parties to extend the time for Regis to respond to Plaintiff's First Amended Complaint;

**WHEREAS**, the Parties believe these circumstances constitute good cause for granting an extension.

**NOW THEREFORE THE PARTIES JOINTLY MOVE FOR AN ORDER** for Defendant Regis Corporation to file an answer or otherwise respond to Plaintiff's First Amended Complaint by **November 10, 2025**.

Dated: October 22, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Patricia M. Jeng*
JOY SIU
PATRICIA M. JENG
*(Pro Hac Vice)*
SAMI HASAN
*(Pro Hac Vice)*
SHAYLA M. GRIFFIN
*(Pro Hac Vice)*

Attorneys for Defendant
REGIS CORPORATION

Dated: October 22, 2025

By      */s/ Rachel Mariner*
Rachel Mariner
Attorneys for Plaintiff
ANGELETTA PAIGE

-3-

SMRH:4905-7435-3268.1

Case No. 2:25-cv-00954- CDS-DJA
JOINT MOTION RE ORDER TO EXTEND REGIS CORPORATION'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT

**[~~PROPOSED~~] ORDER**

THE COURT GRANTS the Joint Motion to Extend Defendant Regis Corporation's Deadline to Respond to First Amended Complaint to November 10, 2025.

]

IT IS SO ORDERED

_____
DANIEL J. ALBREGTS
UNITED STATES DISTRICT JUDGE

DATED: October 24, 2025

SMRH:4905-7435-3268.1

-4-   Case No. 2:25-cv-00954- CDS-DJA
JOINT MOTION RE ORDER TO EXTEND REGIS CORPORATION'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT