1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2   Including Professional Corporations
   JOY SIU, Nevada Bar No. 15095
3  1584 Villa Rica Drive
   Henderson, NV 89052
4  Telephone:    415.774.3108
   E mail:      jsiu@sheppardmullin.com
5
6  PATRICIA M. JENG, Cal. Bar No. 272262
   (Pro Hac Vice)
7  SAMI HASAN, Cal. Bar No. 272333
   (Pro Hac Vice)
8  SHAYLA M. GRIFFIN, Cal. Bar No. 339821
   (Pro Hac Vice)
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
10 Telephone:    415.434.9100
   E mail:      pjeng@sheppardmullin.com
11              shasan@sheppardmullin.com
               smgriffin@sheppardmullin.com
12
13
14 Attorneys for Defendant
   REGIS CORPORATION
15
16            UNITED STATES DISTRICT COURT

17            DISTRICT OF NEVADA

18 ANGELETTA PAIGE, an individual, on          Case Number
   behalf of herself and all others similarly   2:25-cv-00954- CDS-DJA
19 situated,

20              Plaintiff,                      **JOINT MOTION FOR ORDER TO
                                                EXTEND DEFENDANT REGIS
21      v.                                      CORPORATION'S DEADLINE TO
                                                RESPOND TO FIRST AMENDED
22 ARCNV, INC. d/b/a ARCCO                      COMPLAINT and** [PROPOSED]
   ENTERPRISES; REGIS                           **ORDER**
23 CORPORATION d/b/a
   SMARTSTYLES HAIR SALONS and                  **(THIRD REQUEST)**
24 DOES 1-50, inclusive,

25              Defendants.                     Judge:  Hon. Cristina D. Silva

26                                              Complaint Filed:  May 30, 2025

27

28
                                        -1-        Case No 2:25-cv-00954- CDS-DJA

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7-1(c), Plaintiff Angeletta Paige ("Plaintiff") by and through her counsel of record, RAFII & ASSOCIATES, P.C., and Defendant REGIS CORPORATION d/b/a SMARTSTYLES HAIR SALONS ("Defendant" or "Regis") by and through its counsel of record, SHEPPARD, MULLIN, RICHTER & HAMPTON LLP jointly move this Court for an Order that Defendant shall have an extension up to and including **December 8, 2025**, in which to file a response to Plaintiff's First Amended Complaint.  This Joint Motion is submitted and based on the following.

**WHEREAS,** on or about May 30, 2025, Plaintiff filed her original Complaint.

**WHEREAS,** on or about July 8, 2025, Regis timely answered Plaintiff's Complaint.

**WHEREAS**, on or about September 22, 2025, Plaintiff filed a First Amended Complaint to include additional claims against Regis;

**WHEREAS**, counsel for Regis and Plaintiff have met and conferred, and have agreed to continue to meet and confer, regarding whether Regis is an appropriately named defendant and employer of Plaintiff;

**WHEREAS**, counsel for Regis and Plaintiff have continued to have discussions regarding whether Regis is an appropriately named defendant and employer of Plaintiff, with Defendant providing informal information to Plaintiff to potentially provide an affidavit regarding various issues as requested by Plaintiff;

**WHEREAS**, in order to allow the Parties to continue their discussions regarding a potential dismissal of Regis, the Parties have agreed to extend the deadline for Regis to respond to Plaintiff's First Amended Complaint to December 8, 2025;

**WHEREAS**, Plaintiff's counsel advised the Parties' most recent meet and confer call that Plaintiff would, alternatively, contemplate a dismissal *with* prejudice if there was interest in settlement by Regis;

**WHEREAS**, Defendant has followed up with Plaintiff regarding the reasonableness of such a proposal to determine whether settlement could be a potential resolution;

**WHEREAS,** this is the third request by the parties to extend the time for Regis to respond to Plaintiff's First Amended Complaint;

1    **WHEREAS**, the Parties believe these circumstances constitute good cause for granting an

2    extension.

3    **NOW THEREFORE THE PARTIES JOINTLY MOVE FOR AN ORDER** for Defendant

4    Regis Corporation to file an answer or otherwise respond to Plaintiff's First Amended Complaint by

5    **December 8, 2025**.

6    Dated:  November 5, 2025

7                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

8

9    By    _____/s/ Patricia M. Jeng_____

                                    JOY SIU
10                                   PATRICIA M. JENG
                                    *(Pro Hac Vice)*
11                                   SAMI HASAN
                                    *(Pro Hac Vice)*
12                                   SHAYLA M. GRIFFIN
                                    *(Pro Hac Vice)*
13

14                                   Attorneys for Defendant
                                    REGIS CORPORATION
15

16   Dated: November 5, 2025

17   By    _____/s/ Rachel Mariner_____

18                                   Rachel Mariner
                                    Attorneys for Plaintiff
19                                   ANGELETTA PAIGE

20

21

22

23

24

25

26

27

28

1

## __ORDER__

2

3        THE COURT GRANTS the Joint Motion to Extend Defendant Regis Corporation's Deadline

to Respond to First Amended Complaint to December 8, 2025.

4

5        DATED: 11/13/2025

6

7                                          IT IS SO ORDERED

8                                          _____
                                          DANIEL J. ALBREGTS
9                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28